FILED

AUG 1 2 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR2059-JAH** |
| Plaintiff, | ) ) | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED** |
| v. | ) ) | **STATES MAGISTRATE JUDGE, WAIVER OF PRESENTENCE REPORT** |
| **PEDRO BARRZA-AGUILAR,** | ) ) | **AND WAIVER OF OBJECTIONS FOR IMMEDIATE SENTENCING** |
| Defendant. | ) ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that due to my request for immediate

1  sentencing in this case, I am waiving the preparation of a
2  presentence report and I am also waiving any objections I may
3  have to the Magistrate Judge's findings and recommendation
4  concerning the entry of my guilty plea.

7  Dated: 8/12/08         *Pedro Barrara Aguilar*
                          PEDRO BARRZA-AGUILAR
8                         Defendant

11 Dated: 8/12/08         *Candis Mitchell*
                          CANDIS MITCHELL
12                        Attorney for Defendant

14     The United States Attorney consents to have the plea in this
15 case taken by a United States Magistrate Judge pursuant to
16 Criminal Local Rule 11.2 and further waives a presentence report
17 in this case as well as any objections to the Magistrate Judge's
18 findings and recommendation concerning the entry of the guilty
19 plea.

22 Dated: 8/12/08

                          Assistant United States Attorney