AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| PEDRO BARRAZA-AGUILAR | CASE NUMBER: 08cr2059- |

I, __PEDRO BARRAZA-AGUILAR__, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __14 August 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Pedro Barraza Aguilar*
Defendant

*Cornelius Mochen*
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY