1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 08cr2059 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER RESCHEDULING HEARING** |
| v. | ) | |
| PEDRO BARRAZA-AGUILAR, | ) | |
| Defendant. | ) | |

On the Court's own motion, IT IS HEREBY ORDERED the change of plea and sentencing hearing set for September 8, 2008 at 10:30 a.m. is **VACATED** and rescheduled to **September 12, 2008 at 10:30 a.m.** in Courtroom 11.

DATED: August 25, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cr2059